IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

AUSTINUTS, INC.,
        Plaintiff,

-vs-                                          Case No. A-09-CA-730-SS

AQFTM, INC.,
        Defendant.

## ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and noting the Complaint remains pending before the Court without proof of service of process upon or response by defendant, and further noting that service of the complaint and summons shall be made upon a defendant within 120 days after the filing of the complaint (Fed. R. Civ. P. 4(m)), the Court enters the following order:

    IT IS ORDERED that plaintiff shall file proof of service with the Clerk of this Court on or before February 4, 2010. Failure to so respond will result in the dismissal of the entire cause for failure of plaintiff to prosecute or to comply, pursuant to Fed. R. Civ. P. 41(b).

SIGNED this the 22nd day of January 2010.

                                                Sam Sparks
                                        UNITED STATES DISTRICT JUDGE

FILED 2010 JAN 22 PM 3:55
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY